# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>        Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C 12-2625 MEJ<br><br>**ORDER RE: COMMUNICATION** |

Plaintiff Anthony Brodzki filed this case on May 21, 2012, as well as an application to proceed in forma pauperis. The Court granted his application on June 4, 2012, and since that time, Plaintiff has called both Clerk's Office staff and the undersigned's chambers staff nearly every day, sometimes multiple times a day. Plaintiff's calls do nothing to further his case. In fact, they are not only improper ex parte communications, they also take time away from the thousands of other cases pending in this district that court employees must also address. While the Court understands that Plaintiff seeks to prosecute his case, his constant phone calls are disruptive. Plaintiff is hereby ORDERED to discontinue calling the Court. All communication with the Court must be in writing and filed with the Clerk's Office. Sanctions may be imposed for failure to comply with this Order, including and up to dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: July 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BRODZKI,

    Plaintiff,

v.

UNITED STATES OF AMERICA et al,

    Defendant.

Case Number: CV12-02625 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Brodzki
6900 Herman Jared Drive
North Richland Hill, TX 76182

Dated: July 3, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2